UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

KRISTEN SHAW,

                        Plaintiff,

    V.

**NOTICE OF APPEARANCE**
JURY TRIAL DEMANDED
I :25-cv-66 (AMN/ML)

NEW YORK STATE OFFICE FOR PEOPLE
WITH DEVELOPMENTAL DISABILITIES;
WILLIS LEGGETT, individually and in his
official capacity; DAWN WELLINGTON,
individually and in her official capacity;
JAMES WRIGHT, individually and in his
official capacity; and ISAIAH BROWN,
individually and in his official capacity,

                        Defendants.

_____

       PLEASE TAKE NOTICE that the undersigned, whose address, and telephone number
are as set forth below, hereby appears in this action on behalf of Defendant New York State
Office for People with Developmental Disabilities.

Dated:  Albany, New York
        January 31, 2025

                             **LETITIA JAMES**
                             Attorney General
                             State of New York
                             Attorney for Defendants
                             NYS Office for People with
                             Developmental Disabilities
                             The Capitol
                             Albany, New York 12224
                             By:  *s/ Erin Mead*
                             Erin Mead
                             Assistant Attorney General, of Counsel
                             Bar Roll No., 106033
                             518-776-2721 (T)
                             518-915-7738 (F – not for service of papers)
                             Erin.Mead@ag.ny.gov

To:    VIA ECF
       All Counsel of Record