

April 23, 2026

VIA ECF
Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re: *Shaw v. New York State Office for the People with Developmental Disabilities, et. al*
*25-cv-66 (AMN/ML)*

This office represents the defendants in the above-mentioned matter. As the Court is aware, I previously wrote to request an adjournment of the Rule 16 Initial Conference scheduled for April 30, 2026 due to a previously scheduled oral argument in Albany County Supreme Court. Dkt. No. 40. This Court granted the request by changing the time of the conference to 2:15 pm. Dkt. No. 41. Unfortunately, I just received notice that the oral argument in the Supreme Court matter has been moved to 1 p.m. on April 30, and I do not believe it will be over in time for me to attend a 2:15 pm conference.

Accordingly, I write to respectfully request another change in time or adjournment of the initial conference scheduled for April 30, 2026 at 2:15 pm. I have conferred with Plaintiff's counsel Mr. Friedman, and we are both available the morning of April 30th between 10 am and noon. We are both available between 11am-4pm on May 1, 2026, or Thursday May 7th and Friday May 8th after 10am.

We thank the Court for its consideration.

Respectfully submitted,
s/*Erin Mead*
Erin Mead
Assistant Attorney General
Bar Roll No. 106033
Erin.Mead@ag.ny.gov

CC: VIA ECF
All Counsel of Record