

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

June 30, 2026

VIA ECF
Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re:    *Shaw v. New York State Office for the People with Developmental Disabilities, et. al*
       25-cv-66 (AMN/ML)

Please accept this letter as the parties' joint status update to the Court. Paper discovery is proceeding. The parties have exchanged discovery demands and are working on a protective order. Defendants have provided initial responses to Plaintiff's demand which will be supplemented upon the execution of the protective order. Plaintiff anticipates serving responses to Defendants' demands next week. No discovery disputes or need for judicial intervention exist currently.

The parties have selected a mediator and have scheduled the mediation.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Erin Mead*

Erin Mead
Assistant Attorney General
Bar Roll No. 106033
Erin.Mead@ag.ny.gov

CC:    VIA ECF
       All Counsel of Record